[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 5, 2010
JOHN LEY
CLERK

No. 09-12130

_____

D. C. Docket No. 05-00099-CV-1

KWABENA MAWULAWDE,
M.D.,

Plaintiff-Appellant,

versus

BOARD OF REGENTS OF THE
UNIVERSITY SYSTEM OF GEORGIA,
DANIEL W. RAHN,
M.D., Indiv. and in his Official
Capacity as President, Medical
College of Georgia
DAVID STERN, Indiv. an in his
Official Capacity as Dean, School
of Medicine, Medical College of Georgia,
DON SNELL, Indiv. and in his Official
Capacity as President and CEO, MCG Health, Inc.,
MCG HEALTH, INC.,

Defendants-Appellees.

_____

No. 09-16172
_____

D. C. Docket No. 05-00099-CV-1

KWABENA MAWULAWDE,
M.D.,

Plaintiff-Appellant,

versus

BOARD OF REGENTS OF THE
UNIVERSITY SYSTEM OF Georgia,
DANIEL W. RAHN, M.D., Indiv.
and in his Official Capacity as
President, Medical College of Georgia,
DAVID STERN, Indiv. and in his Official
Capacity as Dean, School of Medicine,
Medical College of Georgia
DON SNELL, Indiv. and in his Official
Capacity as President and CEO, MCG Health, Inc.,
MCG HEALTH, INC.,

Defendants-Appellees,

MEDICAL COLLEGE OF GEORGIA,

Defendant.

_____

Appeals from the United States District Court
for the Southern District of Georgia
_____

(April 5, 2010)

2

Before BIRCH, BARKETT and KRAVITCH, Circuit Judges.

PER CURIAM:

After careful review of the record and briefs of the parties, as well as having had the benefit of oral argument, we AFFIRM the judgment of the district court.